UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. MADISON, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>NOAH VERLEUN, *et al.*,<br><br>          Defendants. | Case No. 1:26-cv-01743-KES-CDB<br><br>ORDER ON STIPULATION FOR (1) DEFERRAL OF DEADLINE TO SERVE SUMMONS AND COMPLAINT, (2) FOR DEFERRAL OF DEADLINE TO RESPOND TO COMPLAINT, AND (3) TO VACATE SCHEDULING CONFERENCE <u>AS MODIFIED</u><br><br>(Doc. 5) |

Plaintiffs Thomas D. Madison, Tom Branson, Daniel Babcock, and David Costaglio initiated this action with the filing of a complaint on March 3, 2026, against Defendants Noah Verleun, David R. Walker, Richard Palmer, Wade Adkins, and Antonio D'Amico.  (Doc. 1).

Despite the issuance by the Clerk of the Court on March 3, 2026, of summonses for service upon Defendants, to date, no Defendant has filed a responsive pleading and Plaintiffs have not filed proofs of service of summons and complaint.

Pending before the Court is the stipulated request by Plaintiffs and counsel for the non-appearing Defendants, filed on May 5, 2026, for an order: (1) deferring the deadline for Plaintiffs to serve summons and complaint upon Defendants; (2) deferring the deadline for Defendants to respond to the complaint; (3) vacating the initial scheduling conference set for June 3, 2026; and (4) directing the parties to file a joint status report no later than June 30, 2026, setting forth a

proposed schedule. (Doc. 5). In support of their request, the parties represent that they have met and conferred and have agreed to continue discussions to attempt to settle this action without involvement of the Court. *See id.*

In light of the parties' joint representations and for partial good cause appearing, the Court will grant the parties' stipulated request as modified.

**Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request (Doc. 5) is GRANTED as modified;

2. Plaintiffs SHALL effect service of summons and complaint upon all Defendants no later than **June 22, 2026** (*see* Fed. R. Civ. P. 4(m));

3. Plaintiffs SHALL file summonses returned executed demonstrating service of process upon all Defendants no later than **June 29, 2026** (*see* Doc. 3 at 1);

4. Defendants SHALL FILE a response to Plaintiffs' complaint within the time set by Fed. R. Civ. P. 12.

5. The initial scheduling conference set for June 3, 2026, is CONTINUED to **July 28, 2026, at 9:00 a.m.** As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **May 6, 2026**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE